**Order entered July 11, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01147-CR

### STEVEN TROY TILLERY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82576-2017**

## ORDER

Before the Court is appellant's July 9, 2018 third motion to extend time to file his brief.

We **GRANT** the motion and **ORDER** the brief received on July 9 filed as of the date of this order.

/s/    CRAIG STODDART
        JUSTICE